

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN MORRIS<br>LA. D.O.C.#352802 | DOCKET NO. 08-CV-1671; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| LA. SECRETARY DEPT. OF PUBLIC SAFETY AND CORRECTIONS | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiffs Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

THUS ORDERED AND SIGNED at Alexandria, Louisiana, on this 3rd day of August, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE